

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-18-00436-CR

Rodrigo **GARZA-DE-LA-CRUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRE000344-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due on May 22, 2019. On May 31, 2019, we granted appellant's request for a sixty-day extension in which to file appellant's brief, which caused appellant's brief to be due on July 22, 2019. Appellant has filed an additional motion for extension of time, requesting an additional sixty days in which to file his brief.

We GRANT IN PART and extend appellant's briefing deadline for an additional thirty days. Appellant's brief is due on or before August 21, 2019. **Further requests for an extension of time in which to file appellant's brief are disallowed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court